**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT COURT OF WASHINGTON**

| | | |
|---|---|---|
| **Re** | ) | **In Chapter 13 Proceeding** |
| | ) | **No.  22-40780-MJH** |
| **MELANIE LOUISE SCHWENT** | ) | |
| | ) | **Order Allowing Debtor(s) to** |
| **Debtor(s)** | ) | **Modify Mortgage** |
| | ) | |
| | ) | |
| _____ | ) | |

It is ordered that the Debtor may modify her motion with the Secretary of Housing and

Urban Development to cure her current arrears by executing a Partial Claim Note and a

Washington Deed of Trust IN THE AMOUNT OF $15,288.42 due on or before January

1, 2051.


///end of order///

Presented by:


/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

**BROWN and SEELYE PLLC**
PO BOX 951090
SOUTH JORDAN, UT 84095
253-573-1958