Entered on Docket August 7, 2023

Below is the Order of the Court.

*Mary Jo Heston*
Mary Jo Heston
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT COURT OF WASHINGTON

| Re ) | In Chapter 13 Proceeding |
|---|---|
| **MELANIE LOUISE SCHWENT** ) | No. 22-40780-MJH |
| ) | Order Allowing Debtor(s) to |
| **Debtor(s)** ) | Modify Mortgage |

It is ordered that the Debtor may modify her motion with the Secretary of Housing and Urban Development to cure her current arrears by executing a Partial Claim Note and a Washington Deed of Trust IN THE AMOUNT OF $15,288.42 due on or before January 1, 2051.

///end of order///

Presented by:

/s/ Ellen Ann Brown
Ellen Ann Brown WSB 27992
Attorney for Debtor

BROWN and SEELYE PLLC
PO BOX 951090
SOUTH JORDAN, UT 84095
253-573-1958