Fill in this information to identify the case:

Debtor 1    Melanie Louise Schwent

Debtor 2    _____

(Spouse, if filing)

United States Bankruptcy Court for the WESTERN  District of WASHINGTON

Case number 22-40780-MJH

# Official Form 410S1
# Notice of Mortgage Payment Change                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING

**Last 4 digits** of any number you use to identify the debtor's account: 2584

**Court claim no**. (if known): 16-1

**Date of payment change:** 7/1/2023
Must be at least 21 days after date of this notice

**New total payment:** $2,052.72
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |

1. **Will there be a change in the debtor's escrow account payment?**

    ☐ No.
    ■ Yes.    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why:
    _____
    _____

    Current escrow payment: $605.67        New escrow payment: $735.35

| Part 2: | Mortgage Payment Adjustment |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

    ■ No
    ☐ Yes.    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why:
    _____
    _____

    Current interest rate:                       New interest rate:

    Current principal and interest payment:      New principal and interest payment:

| Part 3: | Other Payment Change |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

    ■ No
    ☐ Yes    Attach a copy of any document describing the basis for the change, such as a repayment plan or loan modification agreement.
    *(Court approval may be required before the payment change can take effect.)*

    Reason for change: _____

    Current mortgage payment               New mortgage payment:

Debtor 1 <u>Melanie Louise Schwent</u>   Case number *(if known)* <u>22-40780-MJH</u>
      Print Name    Middle Name    Last Name

# Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Alexa Martini Stinson   Date  6/8/2023
Signature

Print  Alexa Martini Stinson     Title  Authorized Agent for Creditor
      First Name   Middle Name   Last Name

Company  Robertson, Anschutz, Schneid, Crane & Partners, PLLC

Address  13010 Morris Rd.  Suite 450
      Number  Street

      Alpharetta, GA 30004
      City      State   ZIP Code

Contact Phone  470-321-7112     Email  astinson@raslg.com

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on ___June 8, 2023___, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Melanie Louise Schwent
6039 Stanwick Ln SE
Lacey, WA 98513

And via electronic mail to:

Ellen Ann Brown
Brown and Seelye
PO BOX 951090
South Jordan, UT 84095

Michael G. Malaier
2122 Commerce Street
Tacoma, WA 98402

United States Trustee
700 Stewart St Ste 5103
Seattle, WA 98101


By: /s/ Rachel Parker



Shellpoint Mortgage Servicing  
Servicing  
PO Box 10826  
Greenville, SC  29603 0826  
For Inquiries:  (800) 365-7107

Analysis Date: April 27, 2023  
Loan:  
Property Address:  
6039 STANWICK LN SE  
LACEY, WA 98513

MELANIE L SCHWENT  
6039 STANWICK LN SE  
LACEY WA  98513

## Annual Escrow Account Disclosure Statement - Account History

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X  TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

The following is an overview of your escrow account with Shellpoint Mortgage Servicing. It contains  the history of escrow payments made on your behalf in the prior year, and a snapshot of the anticipated disbursements for the coming year. Any potential adjustments due to increases or decreases with your escrow items may affect your monthly escrow payment. If your escrow payment increases, your monthly payment will also increase. If the escrow payment decreases, your mortgage payment will decrease.

| Payment Information | Contractual | Effective Jul 01, 2023 | Prior Esc Pmt | July 01, 2022 | Escrow Balance Calculation | |
|---|---|---|---|---|---|---|
| P & I Pmt: | $1,317.37 | $1,317.37 | P & I Pmt: | $1,317.37 | Due Date: | November 01, 2022 |
| Escrow Pmt: | $605.67 | $735.35 | Escrow Pmt: | $605.67 | Escrow Balance: | -$3,900.62 |
| Other Funds Pmt: | $0.00 | $0.00 | Other Funds Pmt: | $0.00 | Anticipated Pmts to Escrow: | $4,845.36 |
| Asst. Pmt (-): | $0.00 | $0.00 | Asst. Pmt (-): | $0.00 | Anticipated Pmts from Escrow (-): | $424.76 |
| Reserve Acct Pmt: | $0.00 | $0.00 | Resrv Acct Pmt: | $0.00 | | |
| Total Payment | $1,923.04 | $2,052.72 | Total Payment | $1,923.04 | Anticipated Escrow Balance: | $519.98 |

| Shortage/Overage Information | Effective Jul 01, 2023 |
|---|---|
| Upcoming Total Annual Bills | $8,529.45 |
| Required Cushion | $996.82 |
| Required Starting Balance | $1,993.61 |
| Escrow Shortage | -$1,473.63 |
| Surplus | $0.00 |

**Cushion Calculation:** Because Shellpoint Mortgage Servicing does not set your tax amounts or insurance premiums, your escrow balance contains a cushion of 996.82. A cushion is an additional amount of funds held in your escrow in order to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Your lowest monthly balance should not be below 1,421.58 or 1/6 of the anticipated payment from the account.

*** Since you are in an active bankruptcy, your new payment shown above is the post-petition payment amount.*

This is a statement of actual activity in your escrow account from July 2022 to June 2023.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | (2,286.90) |
| Jul 2022 | | | | 217.46 * | FHA MI | 0.00 | (2,504.36) |
| Aug 2022 | | | | 217.46 * | FHA MI | 0.00 | (2,721.82) |
| Sep 2022 | | | | 217.46 * | FHA MI | 0.00 | (2,939.28) |
| Oct 2022 | | | | 217.46 * | FHA MI | 0.00 | (3,156.74) |
| Oct 2022 | | | | 1,980.10 * | County Tax | 0.00 | (5,136.84) |
| Oct 2022 | | | | 217.46 * | FHA MI | 0.00 | (5,354.30) |
| Nov 2022 | | 848.28 | | | * | 0.00 | (4,506.02) |
| Dec 2022 | | 514.48 | | | * Escrow Only Payment | 0.00 | (3,991.54) |
| Dec 2022 | | | | 217.46 * | FHA MI | 0.00 | (4,209.00) |
| Jan 2023 | | 2,137.67 | | | * Escrow Only Payment | 0.00 | (2,071.33) |
| Jan 2023 | | | | 217.46 * | FHA MI | 0.00 | (2,288.79) |
| Jan 2023 | | | | 1,977.51 * | Hazard | 0.00 | (4,266.30) |
| Feb 2023 | | 605.67 | | | * | 0.00 | (3,660.63) |
| Feb 2023 | | | | 212.38 * | FHA MI | 0.00 | (3,873.01) |
| Mar 2023 | | 605.67 | | | * | 0.00 | (3,267.34) |
| Mar 2023 | | | | 212.38 * | FHA MI | 0.00 | (3,479.72) |
| Apr 2023 | | 605.67 | | | * | 0.00 | (2,874.05) |
| Apr 2023 | | | | 2,001.69 * | County Tax | 0.00 | (4,875.74) |
| Apr 2023 | | | | 212.38 * | FHA MI | 0.00 | (5,088.12) |
| | | | | | Anticipated Transactions | 0.00 | (5,088.12) |
| May 2023 | | P | | 212.38 | FHA MI | | (5,300.50) |
| Jun 2023 | | 4,845.36 P | | 212.38 | FHA MI | | (667.52) |
| | $0.00 | $10,162.80 | $0.00 | $8,543.42 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount .  If you want a further explanation, please call our toll -free number.  
P - The letter (P) beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown .

Shellpoint Mortgage Servicing
For Inquiries: (800) 365-7107

Analysis Date: April 27, 2023
Loan:

## Annual Escrow Account Disclosure Statement - Projections for Coming Year

THIS NOTICE IS BEING PROVIDED PURSUANT TO THE REAL ESTATE SETTLEMENT PROCEDURES ACT AND REGULATION X TO THE EXTENT THE LOAN DESCRIBED BELOW IS INCLUDED IN AN ACTIVE BANKRUPTCY CASE OR IS SUBJECT TO A BANKRUPTCY DISCHARGE, THIS NOTICE IS BEING PROVIDED FOR INFORMATIONAL PURPOSES ONLY AND IS NOT A DEMAND FOR PAYMENT OR AN ATTEMPT TO COLLECT THE DEBT FROM YOU PERSONALLY

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account Your unpaid pre-petition escrow Amount is $1,187.50. This amount has been removed from the projected starting balance.

Original Pre-Petition Amouont $3,839.65, Paid Pre-Petition Amount $2,652.15, Remaining Pre-Petition Amount $1,187.50.

| Date | Anticipated Payments | | Description | Escrow Balance | |
|---|---|---|---|---|---|
| | To Escrow | From Escrow | | Anticipated | Required |
| | | | Starting Balance | 519.98 | 1,993.61 |
| Jul 2023 | 710.79 | 212.38 | FHA MI | 1,018.39 | 2,492.02 |
| Aug 2023 | 710.79 | 212.38 | FHA MI | 1,516.80 | 2,990.43 |
| Sep 2023 | 710.79 | 212.38 | FHA MI | 2,015.21 | 3,488.84 |
| Oct 2023 | 710.79 | 2,001.69 | County Tax | 724.31 | 2,197.94 |
| Oct 2023 | | 212.38 | FHA MI | 511.93 | 1,985.56 |
| Nov 2023 | 710.79 | 212.38 | FHA MI | 1,010.34 | 2,483.97 |
| Dec 2023 | 710.79 | 212.38 | FHA MI | 1,508.75 | 2,982.38 |
| Jan 2024 | 710.79 | 212.38 | FHA MI | 2,007.16 | 3,480.79 |
| Feb 2024 | 710.79 | 1,977.51 | Hazard | 740.44 | 2,214.07 |
| Feb 2024 | | 212.38 | FHA MI | 528.06 | 2,001.69 |
| Mar 2024 | 710.79 | 212.38 | FHA MI | 1,026.47 | 2,500.10 |
| Apr 2024 | 710.79 | 2,001.69 | County Tax | (264.43) | 1,209.20 |
| Apr 2024 | | 212.38 | FHA MI | (476.81) | 996.82 |
| May 2024 | 710.79 | 212.38 | FHA MI | 21.60 | 1,495.23 |
| Jun 2024 | 710.79 | 212.38 | FHA MI | 520.01 | 1,993.64 |
| | $8,529.48 | $8,529.45 | | | |

G – Pending Disbursements prior to the bankruptcy filing date. Pre-petition disbursements.

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year)

Your ending balance from the last month of the account history (escrow balance anticipated) is 519.98. Your starting balance (escrow balance required) according to this analysis should be $1,993.61. This means you have a shortage of 1,473.63. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 60 months. We anticipate the total of your coming year bills to be 8,529.45. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---|
| Unadjusted Escrow Payment | $710.79 |
| Surplus Reduction: | $0.00 |
| Shortage Installment: | $24.56 |
| Rounding Adjustment Amount: | $0.00 |
| Escrow Payment: | $735.35 |



If you are a customer in bankruptcy or a customer who has received a bankruptcy discharge of this debt please be advised that this notice is to advise you of the status of your mortgage loan This notice constitutes neither a demand for payment nor a notice of personal liability to any recipient hereof, who might have received a discharge of such debt in accordance with applicabl bankruptcy laws or who might be subject to the automatic stay of Section 362 of the United States Bankruptcy Code. However, it may be a notice of possible enforcement of the lien against t collateral property, which has not been discharged in your bankruptcy.

**Notice of Error or Information Request Address**

You have certain rights under Federal law related to resolving errors in the servicing of your loan and requesting information about your loan If you want to request information about your lo or if you believe an error has occurred in the servicing of your loan and would like to submit an Error Resolution or Information Request, please write to us at the following address

Shellpoint Mortgage Servicing
PO Box 10826
Greenville, SC 29603 0826