B 10S2 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Western District of Washington

In re  Melanie Louise Schwent ,   Case No. 22-40780-MJH
    Debtor
                                         Chapter  13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

**If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim.** See Bankruptcy Rule 3002.1.

**Name of creditor:** Rainier Park P.R.D. Owners' Association  **Court claim no.** (if known): _____

**Last four digits** of any number you use to identify the debtor's account: ____ ____ ____ ____

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☑ No
☐ Yes. Date of the last notice: _____
         mm/dd/yyyy

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | 05/11/2023-07/05/2023 | (3) | $ 1,008.50 |
| 4. Filing fees and court costs | 05/11/2023-07/05/2023 | (4) | $ 6.80 |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) | | (8) | $ |
| 9. Insurance advances (non-escrow) | | (9) | $ |
| 10. Property preservation expenses. Specify: | | (10) | $ |
| 11. Other. Specify: Management Fees/Costs | 11/21/2022-5/8/2023 | (11) | $ 484.78 |
| 12. Other. Specify: Post-Petition Payments | 12/9/2022 | (12) | $ -212.50 |
| 13. Other. Specify: | | (13) | $ |
| 14. Other. Specify: | | (14) | $ |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 322(b)(5) and Bankruptcy Rule 3002.1.

# Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor.

☒ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✘ /s/ Stephen M. Smith
Signature

Date  07/05/2023
mm/dd/yyyy

**Print:** Stephen M. Smith, WSBA #42021
First Name    Middle Name    Last Name

Title  Attorney for Creditor

Company  Sound Legal Partners, PLLC

Address  7127 196th Street SW, Suite 202
Number    Street
Lynnwood, WA 98036
City    State    ZIP Code

Contact phone  (206) 823-1040

Email  stephen@soundlegalpartners.com

Attorney Fees and Costs:

| Date | Hours | Activity ca | Description | Rate ($) | Billable ($) | User |
|---|---|---|---|---|---|---|
| 5/11/2023 | 0.5 | H102 Seni | Research Lot. Pull docket report. Notes to SS and file. | $190.00 | $95.00 | Lindsay Sacha |
| 5/26/2023 | 0.7 | H101 Stan | Reviewed bankruptcy; emailed debtor's counsel and mgmt | $400.00 | $280.00 | Stephen Smith |
| 5/26/2023 | 0.1 | H101 Stan | Emails with Heather confirming mgmt had no actual knowledge of bankruptcy | $400.00 | $40.00 | Stephen Smith |
| 6/6/2023 | 0.1 | H101 Stan | Responded to email from owner's attorney | $400.00 | $40.00 | Stephen Smith |
| 6/14/2023 | 0.1 | H101 Stan | Emails with debtor's attorney re: filing late proof of claim and related docs; set task with instructions | $400.00 | $40.00 | Stephen Smith |
| 6/20/2023 | 0.85 | H102 Seni | Review matter. Draft proof of claim and notice of post-petition fees. Draft declaration of mailing. | $190.00 | $161.50 | Lindsay Sacha |
| 6/30/2023 | 0.3 | H101 Stan | Began reviewing bankruptcy notices; notes to LS for revisions | $400.00 | $120.00 | Stephen Smith |
| 7/3/2023 | 0.5 | H102 Seni | Create in-house ledger. Revise fees/costs spreadsheet, proof of claim and notice of post-petition fees. | $190.00 | $95.00 | Lindsay Sacha |
| 7/3/2023 | 0.2 | H101 Stan | Final changes to bankruptcy notices | $400.00 | $80.00 | Stephen Smith |
| 7/5/2023 | 0.3 | H102 Seni | Efiled and mailed bankruptcy notices | $190.00 | $57.00 | Lindsay Sacha |
| | | | Total Attorney Fees: | | $1,008.50 | |
| 5/11/2023 | 3 | | Docket Report | $0.10 | $0.30 | Lindsay Sacha |
| 5/26/2023 | 35 | | Court fees to retrieve bankruptcy pleadings | $0.10 | $3.50 | Stephen Smith |
| 7/5/2023 | 5 | | Postage - POC and Notice of Postpetition Fees | $0.60 | $3.00 | Lindsay Sacha |
| | | | Total Costs: | | $6.80 | |

Management fees/costs:

| Date | | | Description | | Amount | |
|---|---|---|---|---|---|---|
| 11/21/2022 | | | Payment Plan Fee | | $75.00 | |
| 1/9/2023 | | | Returned Check Fee | | $50.00 | |
| 1/27/2023 | | | Returned Check Fee | | $50.00 | |
| 2/22/2023 | | | Returned Check Fee | | $50.00 | |
| 3/21/2023 | | | Intent to Lien Notice | | $34.78 | |
| 5/8/2023 | | | Lawsuit Admin Fee | | $225.00 | |

|  |  |  |
|---|---|---|
| | Total mgmt fees & Costs: | $484.78 |
| | **Total Fees and Costs:** | **$1,500.08** |

Post-Petition Payments:

| | | |
|---|---|---|
| 12/9/2022 | ACH Payment #622843<br>Other ACH payments rejected due to insufficient funds (returned check fees charged above) | ($212.50) |